UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK R. DENBESTEN, Individually and on Behalf of Other Members of the General Public Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV; MOUNTAIN CENTER, INC.; IRONWOOD COMMUNICATIONS; 180 CONNECT, INC.; GELCO CORP. and DOES 1-100<br><br>Defendants.. | Case No. SACV 08–01166 SGL (CPx)<br><br>~~JUDGE A. HOWARD MATZ~~<br>~~DEPARTMENT 14~~<br><br>~~PROPOSED~~ JUDGMENT |

The court having issued an order on November 21, 2008, retaining jurisdiction of the pending action, until the final binding arbitration award, and that final award now having been issued, by the Honorable Haley Fromholz, Judge Retired, the Court now enters judgment as follows:

///
///
///
///
///

1         Judgment is hereby entered, in favor of the plaintiff, Derek R. Denbesten, in the total sum of $11,457.65, and against defendants, 180 Connect Inc. dba DirecTV Home Services, DirecTV Home Services Inc., Ironwood Communications Inc. and Mountain Center Inc., jointly and severally.

        It is so ordered

Date: Jan 14, 2011

                                    Audrey B Collins
                                    United States District Judge
                              CHIEF ~~A. Howard Matz~~    AUDREY COLLINS

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

 I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 374 South Glassell Street, Orange, CA 92866.

 On January 6, 2011, I served the foregoing document, on the interested parties in this action, described as follows:

**PROPOSED JUDGMENT**

(X)  by placing the original/true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

( )  by placing ( ) the original ( ) a true copy thereof enclosed in sealed envelopes addressed as follows:

(X)  by mail as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Orange, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on January 6, 2011, at Orange, California.

(X)  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

 I declare that I am employed in the office of a member of the bar of this court at whose direction the service is made.

*Debra K. Sherman*
Debra K. Sherman

Proof of Service

## MAILING LIST

Juian B. Bellenghi, Esq.
Michael J. Collins, Esq.
COLLINS & BELLENGHI
1300 Quail St., Suite 207
Newport Beach, CA 92660
Phone: 949-851-9311
e-mail: jbb@collinsandbellenghi.com
mjc@collinsandbellenghi.com
(Attorneys for Defendants)

Proof of Service